

United States Courts
Southern District of Texas
FILED

SEP 07 2016

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NUMBER |
| v. | § § | |
| JAYLIN TURHAND LAMAR JEFFERSON, And HENRY JOSEPH SMITH, DEFENDANTS. | § § § | **16 CR 0393** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about May 2, 2016, in the Houston Division of the Southern District of Texas,

**JAYLIN TURHAND LAMAR JEFFERSON and**
**HENRY JOSEPH SMITH**

defendants herein, did aid and abet each other, and did unlawfully steal firearms from a licensed firearms dealer, Sportman's Outlet, 1710 FM 1960 Bypass, Humble, Texas.

In violation of Title 18, United States Code, Sections 924(m) and 2.

### COUNT TWO

On or about May 2, 2016, in the Houston Division of the Southern District of Texas,

**JAYLIN TURHAND LAMAR JEFFERSON and**
**HENRY JOSEPH SMITH**

defendants herein, did aid and abet each other, and did knowingly and unlawfully steal firearms from the premise and business inventory of a licensed firearms dealer, Sportman's Outlet, 1710 FM 1960 Bypass, Humble, Texas, an establishment licensed to engage in the business of dealing

in firearms, which firearms had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(u) and 2.

A TRUE BILL
ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

BY: *Jennie J. Basile*
Jennie L. Basile
Assistant United States Attorney
713-567-9393